**Opinion issued April 25, 2019**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-18-01003-CV

———————————

## IN RE NEXTGEAR CAPITAL, INC., Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, NextGear Capital, Inc., has filed a petition for writ of mandamus challenging the trial court's order denying its motion to compel arbitration and abate the underlying proceedings.[1] We deny the petition and lift the stay of proceedings imposed by our November 15, 2018 order.

---

[1]     The underlying case is *Alireza Delavari Maryan d/b/a Texas Financial Group v. NextGear Capital, Inc., US Financial Auto Credit, LLC, Melissa Webb Bryant, and Saeid Hashemnezad*, cause number 2017-63452, pending in the 151st District Court of Harris County, Texas, the Honorable Mike Engelhardt presiding.

**PER CURIAM**

Panel consists of Justices Keyes, Higley, and Landau.